1  Corinne Orquiola (SBN 235879)
   Krohn & Moss, Ltd.
2  1112 Ocean Dr., 3rd Floor,
   Manhattan Beach, CA 90266
3  Tel: (323) 988-2400 ext. 298
   Fax: (866) 861-1390
4  BRIAN LIVESAY

5  Ellen Silverman
   Hinshaw & Culbertson, LLP
6  333 South Seventh Street, Suite 2000
   Minneapolis, MN 55402
7  Tel: (612) 333-3434 x2503
   Fax: (612) 334-8888
8
   Aji N. Abiedu (SBN 282794)
9  Hinshaw & Culbertson LLP
   11601 Wilshire Blvd., Suite 800
10 Los Angeles, CA  90025
   Tel:  (310) 909-8000
11 Fax:  (310) 909-8001
   TARGET CORPORATION
12

### IN THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN LIVESAY, | Case No.: 15-cv-1640 (WQH-JMA) |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL WITH PREJUDICE** |
| TARGET CORPORATION, | |
| Defendant. | |

        IT IS HEREBY STIPULATED by and between Plaintiff, BRIAN LIVESAY, and

defendant TARGET CORPORATION, on the other, through their respective counsel of record,

STIPULATION TO DISMISS MATTER WITH PREJUDICE

1
2   that the above-captioned action be dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.  Each party shall bear his/its own attorney's fees and costs.
3   **IT IS SO ORDERED.**
4    Dated:  June 9, 2016
5                                                                  Hon. William Q. Hayes
                                                                   United States District Court
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25